IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE CARRAWAY, *Plaintiff,* v. THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, *Defendant.* | Case No. 2:21-cv-04235-JDW |

## ORDER

**AND NOW**, this 21st day of October, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.